Petitioner may not maintain summary proceedings to recover possession because the relation of landlord and tenant does not exist between the parties. (*Eells* v. *Morse,* 208 N. Y. 103.) Petitioner is neither the landlord, lessor, nor assignee of the landlord within the meaning of subdivisions 1 and 6 of section 1414 of the Civil Practice Act. (*Imbert* v. *Hallock,* 23 How. Prac. 456, 462; *Cullinan* v. *Goldstein,* 61 Misc. 82, both cited with approval in *Eells* v. *Morse, supra.*) The 1950 amendment to the Commercial Rent Law was not intended to amend the provisions of section 1414 of article 83 of the Civil Practice Act so as to include petitioner in the class of persons entitled to maintain summary proceedings as therein provided. (*Ellenbogen* v. *Caldwell,* 270 App. Div. 946.) Petitioner's remedy is by action in ejectment. (*Eells* v. *Morse, supra; United Merchants' Realty & Improvement Co.* v. *Roth,* 193 N. Y. 570, 575; *Cannon* v. *Gordon,* 181 Misc. 950; *Hatem* v. *Wiederhorn,* 197 N. Y. S. 835.) Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur. [200 Misc. 605, revd. 200 Misc. 609.] [See *post,* p. 665.]

ALEX DARLOW, Respondent, v. CITY OF NEW YORK et al., Defendants, and DRAKE BAKERIES, INC., Appellant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

ANNETTE DE NICOLA, Respondent, v. SANDAR STRASSER, Appellant.—

No opinion. Insofar as defendant appeals from the original judgment, the appeal is dismissed, without costs. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ.

NUNZIE FIORE et al., Respondents, v. HELEN B. CRYSTAL, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

IDA FLUM et al., Appellants, v. CARDOZA REALTY CORP., Respondent.—

No opinion. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.